**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1336**

HIEDA ANN KEELER,

              Plaintiff - Appellant,

       v.

RIVERSIDE HOSPITAL, INC.; HAMPTON-NEWPORT NEWS COMMUNITY
SERVICES BOARD; DEE SCHWARTZ, LCSW; LINDA PFEIFFER, LCSW,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Arenda Wright Allen,
District Judge. (4:12-cv-00148-AWA-TEM)

Submitted:  June 20, 2013                Decided:  June 25, 2013

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hieda A. Keeler, Appellant Pro Se.   Carolyn Porter Oast, OAST
LAW FIRM, Virginia Beach, Virginia; Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda Ann Keeler appeals the district court's order granting the Defendants' motions to dismiss and for summary judgment, and dismissing her claims. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in formal pauperis, we affirm for the reasons stated by the district court. Keeler v. Riverside Hosp., No. 4:12-cv-00148-AWA-TEM (E.D. Va. Feb. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED